

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2022

No. 04-22-00336-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Lori I. Valenzuela, Justice

On June 3, 2022, relator filed a petition for writ of mandamus and a motion for stay. This court granted the stay and ordered respondent and real parties in interest may file responses on or before June 22, 2022. Given the time restraints, relator represented it would file a signed copy of the June 1, 2022 order and a transcript of the June 1, 2022 hearing once received. Relator has not filed either the order or the transcript.

We **ORDER** relator to file, **no later than June 29, 2022,** a signed copy of the June 1, 2022 order and a transcript of the June 1, 2022 hearing.

It is so **ORDERED** on June 24, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2018PA00915, styled *In the Interest of P.K., a Child*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.